IN RE FORECLOSURE OF DEED OF TRUST

No. 242 PC.

Case below: 41 N.C. App. 563.

Petition by respondents for discretionary review under G.S. 7A-31 denied 10 September 1979.

IN RE HUNTLEY

No. 275 PC.

Case below: 42 N.C. App. 1.

Petition by appellee Huntley for discretionary review under G.S. 7A-31 denied 10 September 1979.

IN RE MENTAL HEALTH CENTER

No. 9 PC.

Case below: 42 N.C. App. 292.

Petition by Mental Health Center for discretionary review under G.S. 7A-31 denied 25 September 1979.

JOYNER v. LUCAS

No. 21 PC.

Case below: 42 N.C. App. 541.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 September 1979.

KIRKMAN v. KIRKMAN

No. 281 PC.

Case below: 42 N.C. App. 173.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 September 1979.